IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

**Alternative Dispute Resolution Summary**

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 4:19-CV-572-SDJ-KPJ
2. Style of case: ARAVA INVESTMENTS, LLC V. SENECA INSURANCE COMPANY
3. Nature of suit: Insurance
4. Method of ADR used:   ☑ Mediation   ☐ Mini-Trial   ☐ Summary Jury Trial
5. Date ADR session was held: 2/26/2020
6. Outcome of ADR (*Select one*):

    ☐ Parties did not use my services.   ☐ Settled, in part, as result of ADR
    ☑ Settled as a result of ADR.   ☐ Parties were unable to reach settlement.
    ☐ Continue to work with parties to reach settlement (*Note: provider must file supplemental ADR Summary Form at conclusion of his/her services*)

7. What was your TOTAL fee: $3,050.00
8. Duration of ADR: One day   (i.e., one day, two hours)
9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):
    (Provider)

    Mark W. Gilbert, Mediator            Christopher H. Avery, Esq.
    Ray Fuentes for Arava Investments, LLC   Derrick Mullen for Seneca Insurance
    Heather Hall Melaas, Esq.            Company, Inc.

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

Provider information:

*Mark Gilbert*
Signature

February 26, 2020
Date

12001 N. Central Expressway, Suite 650, Dallas, Texas  75243    (214)303-4500
Address                                                          Telephone

**Heather Hall Melaas, Esq.**
McClenny Moseley & Associates PLLC
516 Heights Blvd.
Houston, TX  77007
(713) 334-6121
(713) 332-5953

**Christopher H. Avery, Esq.**
Thompson Coe Cousins & Irons LLP
One Riverway
Suite 1400
Houston, TX  77056
(713) 403-8210
(713) 403-8299