IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **ARAVA INVESTMENTS, LLC** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 4:19-cv-00572-SDJ** |
| | § | |
| **SENECA INSURANCE** | § | |
| **COMPANY** | § | |
| | § | |
| *Defendant* | § | |

## STIPULATION OF DISMISSAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

Pursuant to Federal Rule of Civil Procedure 41(a), Plaintiff Arava Investments, LLC submits this Agreed Stipulation of Dismissal with Prejudice of all claims and causes of against Defendant Seneca Insurance Company, Inc., with the parties to bear their own costs, attorneys' fees and expenses

WHEREFORE, Plaintiff Arava Investments, LLC requests that all claims asserted in this lawsuit be dismissed with prejudice and that each party bear its own costs, attorneys' fees and expenses.

                                        Respectfully submitted:

                                        MCCLENNY MOSELEY & ASSOCIATES, PLLC

                                        By: */s/ Heather Hall Melaas*
                                              Heather Hall Melaas
                                              State Bar No. 24089909
                                              516 Heights Blvd
                                              Houston, Texas 77007
                                              713.334.6121 │ Phone
                                              713.322.5953 │ Fax
                                        **ATTORNEYS FOR PLAINTIFF**

THOMPSON, COE, COUSINS & IRONS, L.L.P.

*/s/ Christopher H. Avery *By Permission*
James N. Isbell
Texas Bar No. 10431900
Christopher H. Avery
Texas Bar No. 24069321
Saira S. Siddiqui
Texas Bar No. 24093147
One Riverway, Suite 1400
Houston, TX 77056
Tel: 713-403-8210
Fax: 713-403-8299
jisbell@thompsoncoe.com
cavery@thompsoncoe.com
ssiddiqui@thompsoncoe.com
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served on all counsel of record via the Court's electronic notification system.

*/s/ Heather Hall Melaas*
Heather Hall Melaas